**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO Division**
**CASE NO: 6:20-cv-988**

**DANIEL D. YOUNG,**

    **Plaintiff,**

vs.

**CHARTER COMMUNICATIONS, INC.**

    **Defendant.**

_____/

SUMMONS IN A CIVIL CASE

TO: CHARTER COMMUNICATIONS, INC. through its registered agent:

    CORPORATION SERVICE COMPANY
    1201 HAYS ST
    TALLAHASSEE, FL 32301

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's ATTORNEY

    Peter M. Hoogerwoerd, Esq.
    REMER & GEORGES-PIERRE, PLLC
    Courthouse Tower
    44 West Flagler Street
    Suite 2200
    Miami, Florida 33130

An answer to the amended complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____        _____
CLERK                                                                                              DATE


_____
(BY) DEPUTY CLERK